IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SAMUEL CALDWELL                                                                                   PLAINTIFF

v.                                             Case No. 6:24-cv-6072

WARDEN WALT WHITE; ADMIN
REVIEW OFFICER ABIGAIL MARROW;
DIR AND TEMP ARO SHAWN WEHUNT;
DEPUTY DIRECTOR SYRNA BOWERS;
LT. BAKER; and MAJOR OTTS (All of ACC
Omega Unit)                                                                                       DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 10.  Judge Ford recommends that this case be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g).  The Clerk is directed to place a § 1915(g) strike flag on this case for future judicial consideration.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 5th day of September, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge